FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17-cr-103-T-27-AAS
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

HECTOR LUIS VAZQUEZ ALVALLE,
a/k/a "Hectitor,"
ALBERTO TORRES ORTIZ,
a/k/a "El Viejo," and
CHRISTIAN TORRES VASQUEZ

SEALED

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

Beginning on an unknown date, but not later than on or about August 30, 2016 and continuing through on or about March 7, 2017, in the Middle District of Florida, and elsewhere, the defendants,

HECTOR LUIS VAZQUEZ ALVALLE,
a/k/a "Hectitor,"
ALBERTO TORRES ORTIZ,
a/k/a "El Viejo," and
CHRISTIAN TORRES VASQUEZ,

SEALED

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance.

With respect to all defendants, the violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

All in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about November 17, 2016, in the Middle District of Florida, and elsewhere, the defendants,

HECTOR LUIS VAZQUEZ ALVALLE,
a/k/a "Hectitor,"
ALBERTO TORRES ORTIZ,
a/k/a "El Viejo," and
CHRISTIAN TORRES VASQUEZ,

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute a controlled substance.

With respect to all defendants, the violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

**FORFEITURE**

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 or 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to:

   a. $58,020.00 seized from a package on January 10, 2017;

   b. $14,000.00 seized from a package on February 27, 2017; and

   c. $7,500.00 seized from a vehicle on November 16, 2016.

4. If any of the property described above, as a result of any acts or omissions of the defendants:

   a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

________________________
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: ________________________
Carlton C. Gammons
Assistant United States Attorney

By: ________________________
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

FORM OBD-34
March 17

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

HECTOR LUIS VAZQUEZ ALVALLE,
a/k/a "Hectitor,"
ALBERTO TORRES ORTIZ,
a/k/a "El Viejo," and
CHRISTIAN TORRES VASQUEZ

**INDICTMENT**

Violations: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill,

_______________________
Foreperson

Filed in open court this 7th day
of March 2017.

_______________________
Clerk

Bail $_______________

GPO 863 525

*T:_Cases\Criminal Cases\M\MATOS et al, Efrain_2016R01218_CCG\f_indictment back sheet_VAZQUEZ ALVALLE.docx*